# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| THOMAS KING,<br>    Plaintiff, | § § § | |
| v. | § § | Case: 3:14-CV-3391 |
| SOUTHERN METHODIST UNIVERSITY,<br>    Defendant. | § § § § | |

## ORDER

Now before the Court is Defendant's Motion to Dismiss, filed on May 26, 2015. Doc. 12. Plaintiff has not filed a timely Response to Defendant's Motion. If Plaintiff does not file a Response within ten (10) days of the date of this Order, the Court will determine the Motion without a Response from Plaintiff.

**IT IS SO ORDERED.**

Signed this 19th day of June, 2015.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE