IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THOMAS KING<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN METHODIST UNIVERSITY<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:14-CV-03391-P |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME Plaintiff Thomas King ("Plaintiff") and Defendant Southern Methodist University ("Defendant") (together, the "Parties") and file this Joint Stipulation of Dismissal With Prejudice as follows:

The Parties jointly request that the Court enter the attached Order of Dismissal With Prejudice, dismissing with prejudice all of Plaintiff's claims against Defendant. Plaintiff and Defendant further request that all taxable costs and expenses be borne by the party incurring same.

Respectfully submitted,

*[signature]*

Michael G. Guajardo
State Bar No. 00784183
J. Gregory Marks
State Bar No. 12994900
GUAJARDO & MARKS, LLP
One Galleria Tower
13355 Noel Road, Suite 1370
Dallas, Texas 75240
(972) 774-9800 Phone
(972) 774-9801 Fax
mike@guajardomarks.com
greg@guajardomarks.com

**ATTORNEYS FOR PLAINTIFF
THOMAS KING**

*[signature]*

John H. McElhaney
  Texas Bar No. 13581000
  jhmcel@lockelord.com
Kimberly F. Williams
  Texas Bar No. 24050592
  kwilliams@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
T: (214) 740-8000
F: (214) 740-8800

**ATTORNEYS FOR DEFENDANT
SOUTHERN METHODIST UNIVERSITY**